| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAE | Breton, Christine S. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:04-052033-001 | | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Breton | Petty Offense | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
I) 18 13-7220.P -- TRAFFIC OFFENSES, OTHER

**12. ATTORNEY'S NAME**  (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
White, Cynthia L.
1431 Rosamond Blvd.
Suite 18
Rosamond CA 93560

Telephone Number:    (661) 256-1166

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- ☒ O  Appointing Counsel
- ☐ F  Subs For Federal Defender
- ☐ P  Subs For Panel Attorney
- ☐ C  Co-Counsel
- ☐ R  Subs For Retained Attorney
- ☐ Y  Standby Counsel

Prior Attorney's Name: _____
  Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
02/08/2005                3/3/2005
Date of Order          Nunc Pro Tunc Date       2/8/2005

Repayment or partial repayment ordered from the person represented for this service at time of appointment.    ☐ YES    ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| **CATEGORIES** (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | .3 | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | 1.5 | | | | |
| (Rate per hour = $ 90.00 )   TOTALS: | 1.8 | 162.00 | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | .1 | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90.00 )   TOTALS: | .1 | 9.00 | | | |
| 17. Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses   (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 171.00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM 2/8/05 TO 4/12/05 | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION XX |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☒ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☒ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney:  Cynthia White          Date:  8-30-05

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. $162.00 | 24. OUT OF COURT COMP. $9.00 | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT $171.00 |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE 9/12/2005 | | 28a. JUDGE / MAG. JUDGE CODE 72BJ |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

MAR 0 7 2005   SEP 0 6 2005

Case Name U.S. v. Christine Breton
Case Number 5:04-mj-052033

Page 1 of 1

In-Court Worksheet

| Date | Brief Description of Service | Arraignment and/or plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other Pretrial |
|------|------|------|------|------|------|------|------|------|------|
| 2/8/2005 | EAFB Court Appearance | 0.3 | | | | | | | 1.2 |
| 3/8/2005 | EAFB Court Appearance | | | | | | | | 0.3 |
| 4/12/2005 | EAFB Court Appearance | | | | | | | | |
| | Page Total | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 |
| | Grand Total | | | | 1.8 | | | | |



Case Name U.S. v. Christine Breton
Case Number 5:04-mj-052033

Out-of-Court Worksheet

Page 1 of 1

| Date | Brief Description of Service | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|------|------------------------------|-------------------------|-----------------------|-------------------------------|-------------|---------------------------|
| 4/12/2005 | Review pleas agreement | | 0.1 | | | |
| | Page Total | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 |
| | Grand Total | | 0.1 | | | |