BENJAMIN B. WAGNER
United States Attorney
JORGE R. MARTINEZ
Special Assistant U.S. Attorney
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:04-mj-02033-JLT |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| CHRISTINE S. BRETON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Benjamin B. Wagner, United States Attorney, and Jorge R. Martinez, Special Assistant United States Attorney, hereby moves to dismiss Case Number 5:04-mj-02033-JLT against Defendant Christine S. Breton, without prejudice, in the interest of justice

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 12 February 2016

MARTINEZ.JORGAMON.14736361६
Digitally signed by MARTINEZ.JORGE.RAMON.1473636162

JORGE R. MARTINEZ
Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:04-mj-02033-JLT against Defendant Christine S. Breton be dismissed, without prejudice, in the interest of justice. The warrant issued on 4/12/05 is WITHDRAWN.

DATED: 2/16/16

HON. JENNIFER L. THURSTON
United States Magistrate Judge

2